## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

_____ :

Danny Harris,                      :

                                 :    Case No.

            Plaintiff,       :

                                   :

        v.                     :

                                   :

Portfolio Recovery Associates, LLC,   :

                                   :

           Defendant.     :

_____ :

## VERIFIED COMPLAINT

Plaintiff, Danny Harris (Plaintiff), through his attorneys, Shaevel & Krems, LLP, and Krohn & Moss, Ltd., alleges the following against Defendant, Portfolio Recovery Associates, LLC (Defendant):

## INTRODUCTION

1. Plaintiff's Complaint is based on the Fair Debt Collection Practices Act (FDCPA), 15 U.S.C. 1692, *et seq.*

## JURISDICTION AND VENUE

2. Jurisdiction of this court arises pursuant to 15 U.S.C. 1692k(d), which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy."

3. Because Defendant conducts business in Massachusetts, personal jurisdiction is established.

4. Venue is proper pursuant to 28 U.S.C. 1391(b)(2).

## PARTIES

5.  Plaintiff is a natural person residing in Templeton, Worcester County, Massachusetts.

6.  Plaintiff is a consumer as that term is defined by *15 U.S.C. 1692a(3)*, and according to Defendant, Plaintiff allegedly owes a debt as that term is defined by *15 U.S.C. 1692a(5)*.

7.  Defendant is a debt collector as that term is defined by *15 U.S.C. 1692a(6)* and sought to collect a consumer debt from Plaintiff.

8.  Defendant is a collection agency with a business office in Norfolk, Virginia.

9.  Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

## FACTUAL ALLEGATIONS

10. Defendant is attempting to collect a debt from Plaintiff on behalf of the original creditor, Capital One Bank (USA) NA, with an account number ending in 4672.

11. Plaintiff's debt owed to Capital One Bank (USA) NA arises from transactions for personal, family, and household purposes.

12. On February 14, 2011, Plaintiff's counsel faxed a cease and desist and a notice of representation letter to Defendant (Plaintiff's counsel's letter to Defendant and fax confirmation are attached as Group Exhibit A).

13. Despite receiving Plaintiff's counsel's letter (Exhibit A), Defendant communicated with Plaintiff after February 14, 2011, in an attempt to collect a debt (Defendant's letter to Plaintiff dated April 12, 2011, is attached as Exhibit B).

**COUNT I**
**DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT**

14. Defendant violated the FDCPA based on the following:

    a.   Defendant violated *§1692c(a)(2)* of the FDCPA by communicating with Plaintiff even though Defendant knew Plaintiff was represented by an attorney.

    b.   Defendant violated *§1692c(c)* of the FDCPA by communicating with Plaintiff after Defendant received Plaintiff's cease and desist letter.

Wherefore, Plaintiff, Danny Harris, respectfully requests judgment be entered against Defendant, Portfolio Recovery Associates, LLC for the following:

15. Statutory damages of $1,000.00 pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. 1692k.

16. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. 1692k.

17. Any other relief that this Honorable Court deems appropriate.

**DEMAND FOR JURY TRIAL**

Please take notice that Plaintiff, Danny Harris, demands a jury trial in this cause of action.

Dated:  May 11, 2011           RESPECTFULLY SUBMITTED,

                      By:  /s/ David R. Jackowitz
                          David R. Jackowitz, B.B.O. No. 567279
                          Shaevel & Krems, LLP
                          141 Tremont Street
                          Boston, MA 02111
                          Telephone: (617) 556-0244
                          Fax: (617) 556-0284
                          djackowitz@shaevelkrems.com
                          Attorneys for Plaintiff

## VERIFICATION OF COMPLAINT AND CERTIFICATION

STATE OF MASSACHUSETTS

      Plaintiff, DANNY HARRIS, states the following:

1.     I am the Plaintiff in this civil proceeding
2.     I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.
3.     I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.
4.     I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.
5.     I have filed this Complaint in good faith and solely for the purposes set forth in it
6.     Each and every exhibit I have provided to my attorneys which has been attached to this Complaint is a true and correct copy of the original
7.     Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations

      Pursuant to 28 U.S.C. § 1746(2), I, DANNY HARRIS, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

5-6-11
_____
Date

_____
DANNY HARRIS

# **EXHIBIT A**

PLAINTIFF'S VERIFIED COMPLAINT



Debt Counsel for Seniors & the Disabled

# DCSD

February 14, 2011

BY FAX ONLY: 757-321-2465
Page 1 of 3

Collections Manager
Portfolio Recovery Associates, LLC
120 Corporate Blvd
Norfolk, VA 23502

**Re:  Danny Harris & Margaret Harris**
     **Your reference # Ending in 4672  - Capital One: Ending in 4672**
     **Our file # 8374**

To Whom It May Concern:

Please be advised that my law firm represents the above-referenced client(s) for the purpose of enforcing their rights pursuant to all applicable federal debt collection laws   Debt Counsel for Seniors and the Disabled exclusively represents clients who are senior citizens, disabled or both and whose only income (e.g. social security, disability, etc.) is protected by federal law   This client regrets not being able to pay however, at this time they are insolvent as their monthly expenses exceed the amount of income they receive.

This letter serves as notice that my client hereby **disputes** the above-referenced alleged debt and requests **validation** of it in accordance with **15 U.S.C. § 1692g**. Please provide the name and address of the original creditor, if different from the current creditor.  Unless and until this validation is furnished, we do not recognize any right on your part to collection any amount from our client through credit reporting or any other means   Please be advised that the continuation of collection activity without adequately responding to the validation request, could result in a lawsuit against you pursuant to **15 U.S.C. §1692g(b).**

As the client's attorney, I respectfully inform you that you must **cease** contacting them pursuant to **15 U.S.C. § 1692c(a)(2) and 1692c(c).**  I have attached a signed **cease and desist** order from my client(s).  If and when you violate these statutes, I will not hesitate to pursue with local co-counsel all legal remedies on behalf of my client(s)

Sincerely,

Jerome S Lamet
Supervising Attorney
Debt Counsel for Seniors and the Disabled

Cc:  Danny Harris & Margaret Harris

Jerome S. Lamet, Supervising Attorney
The Pontiac Building
542 South Dearborn
Suite 1260
Chicago, Illinois 60605
V: (312) 939-2221
F: (312) 939-27411

```
┌─────────────────────────────────────────┐
│  TRANSMISSION VERIFICATION REPORT         │
└─────────────────────────────────────────┘
                          TIME  : 02/14/2011 15:14
                          NAME  : JEROME LAMET LTD
                          FAX   : 13123563199
                          TEL   : 13129392221
                          SER.# : BROD8J797996
```

```
DATE,TIME              02/14  15:13
FAX NO./NAME           17573212465
DURATION               00:00:49
PAGE(S)                03
RESULT                 OK
MODE                   STANDARD
                       ECM
```



February 14, 2011                    **BY FAX ONLY: 757-321-2465**
                                     **Page 1 of 3**

Collections Manager
Portfolio Recovery Associates, LLC
120 Corporate Blvd
Norfolk, VA 23502

**Re:   Danny Harris & Margaret Harris**
      **Your reference # Ending in 4672  -  Capital One: Ending in 4672**
      **Our file # 8374**

To Whom It May Concern:

Please be advised that my law firm represents the above-referenced client(s) for the purpose of enforcing their rights pursuant to all applicable federal debt collection laws. Debt Counsel for Seniors and the Disabled exclusively represents clients who are senior citizens, disabled or both and whose only income (e.g. social security, disability, etc.) is protected by federal law. This client regrets not being able to pay however, at this time they are insolvent as their monthly expenses exceed the amount of income they receive.

This letter serves as notice that my client hereby **disputes** the above-referenced alleged debt and requests **validation** of it in accordance with **15 U.S.C. § 1692g.** Please provide the name and address of the original creditor, if different from the current creditor. Unless and until this validation is furnished, we do not recognize any right on your part to collection any amount from our client through credit reporting or any other means. Please be advised that the continuation of collection activity without adequately responding to the validation request, could result in a lawsuit against you pursuant to **15 U.S.C. §1692g(b).**

As the client's attorney, I respectfully inform you that you must **cease** contacting them pursuant to **15 U.S.C. § 1692c(a)(2) and 1692c(c)**. I have attached a signed **cease and desist** order from my client(s). If and when you violate these statutes, I will not hesitate to pursue with local co-counsel all local remedies

# **EXHIBIT B**



**Portfolio Recovery Associates, LLC**

We're giving debt collection a good name.

Creditor: Capital One Bank (USA), N.A.
Account/Portfolio No: ...4872
Balance: $1,799.26

April 12, 2011

APR 29 2

### Do A Little Spring Cleaning And Resolve This Account
Make "Getting Out of Debt" part of your Spring cleaning.
Take advantage of the SAVINGS we have created to fit your budget.
These savings are only good until 06/17/2011, so CALL NOW!

| Single Payment | 6 Month Installment | Fixed Budget |
|---|---|---|
| **Settlement Option** | **Savings Plan** | **Pay In Full Plan** |
| • Pay $1,440.00 | • Pay $255.00 for 6 consecutive months | • Pay the balance in full, OR |
| • Save $359.26 | • Save $249.26 | • Pay as little as $55.00 a month |
| "Your account will be considered "Settled in Full" after your final payment is posted. If you satisfy the terms of this settlement offer, no further interest will be charged to you. | "Your account will be considered "Settled in Full" after your final payment is posted. If you satisfy the terms of this settlement offer, no further interest will be charged to you. | "Your account will be conside "Paid in Full" once the accoun reaches a zero balance. |

Your first payment must be received no later than 05/17/2011.

We've helped many people resolve their debt, let us help you. CALL NOW and take advantage of the INCRE
SAVINGS we are offering you. Our representatives are ready to help you resolve this account.



We are ready to help you resolve this debt!
Just call
**1-800-772-1413**
to discuss the
**AFFORDABLE PAYMENT OPTIONS**
that are available to you during
our business hours.
7:30 AM to 11 PM Mon-Fri.
8 AM to 5 PM Sat. • 2 PM to 9 PM Sun.



**Mail all checks and payments to:**
PORTFOLIO RECOVERY ASSOCIATES
P.O. Box 12914
Norfolk, VA 23541



**Make your Payment Online!**
www.portfoliorecovery.com

*We are not obligated to renew this offer. Interest continues to accrue on this account until the account is
satisfied, unless interest has been suspended. The above balance includes interest as of the date of this letter.
You may contact us to obtain an exact payoff amount for a future date.

**Company Address:** Portfolio Recovery Associates, LLC, 120 Corporate Blvd., Norfolk, VA 23502

**Disputes Correspondence Address:** 140 Corporate Blvd., Norfolk, VA 23502 or E-mail
PRA_Disputes@portfoliorecovery.com

**Debit Card Transaction Fees:** Third party vendors may charge a transaction fee for processing payments ma
by debit card; however, PRA does not charge or accept any fees. Please discuss this option with our staff if yo
have any questions.

**QUALITY SERVICE SPECIALISTS AVAILABLE Mon. – Fri. 8 AM TO 5 PM (EST)**
Not happy with the way you were treated? Our company strives to provide professional and courteous service
all our customers. Contact one of our staff to discuss issues related to our quality of service to you by phone at
(866) 925-7109 or by e-mail at qualityservice@portfoliorecovery.com



**Portfolio Recovery Associates LLC**

Original: One National Association
CAPITAL ONE BANK (USA) NA

Balance: $1,799.26

April 12, 2011                                                     APR 2 9 2011

## Do A Little Spring Cleaning And Resolve This Account
Make *"Getting Out of Debt"* part of your Spring cleaning.
Take advantage of the SAVINGS we have created to fit your budget.
These savings are only good until 05/17/2011, so CALL NOW!

| **Single Payment** *Settlement Option* | **6 Month Installment** *Savings Plan* | **Fixed-Budget** *Pay in Full Plan* |
|---|---|---|
| • Pay $1,440.00 | • Pay $255.00 for 6 consecutive months | • Pay the balance in full, OR |
| • Save $359.26 | • Save $269.26 | • Pay as little as $55.00 a month |
| *Your account will be considered "Settled in Full" after your final payment is posted. *If you satisfy the terms of this settlement offer, no further interest will be charged to you. | *Your account will be considered "Settled in Full" after your final payment is posted. *If you satisfy the terms of this settlement offer, no further interest will be charged to you. | *Your account will be considered "Paid in Full" once the account reaches a zero balance. |

**Your first payment must be received no later than 05/17/2011.**

47M2
525028354
DANNY L HARRIS
468 South Rd
Templeton MA 01468-1120

ADDRESS SERVICE REQUESTED

CDPRAS01
PO Box 1099
Wixom MI 48393-1099

PRESORT
FIRST CLASS MAIL
US POSTAGE PAID
DSI-48393