# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DANNY HARRIS, | - |
| | - CASE # 4:11-cv-40094-FDS |
| Plaintiff, | - |
| | - **NOTICE OF VOLUNTARY** |
| v. | - **DISMISSAL** |
| | - |
| PORTFOLIO RECOVERY ASSOCIATES, LLC, | - |
| | - |
| Defendant. | - |

NOW COMES Plaintiff, DANNY HARRIS ("Plaintiff"), by his attorneys, KROHN & MOSS, LTD., and pursuant to FRCP 41(a)(1)(A) (Dismissal of Actions—Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, with prejudice, PORTFOLIO RECOVERY ASSOCIATES, LLC ("Defendant"), in this case.

RESPECTFULLY SUBMITTED,

DATED:  July 22, 2011

By:   /s/ David R. Jackowitz
        LOCAL COUNSEL
        David R. Jackowitz
        Shaevel & Krems, LLP
        141 Tremont Street
        Boston, MA 02111
        Tel:  (617) 556-0244
        Fax:  (617) 556-0284

        Of Counsel for Krohn & Moss, Ltd
        10474 Santa Monica Blvd.
        Suite 401
        Los Angeles, CA 90025

**CERTIFICATE OF SERVICE**

      I hereby certify that on July 22, 2011, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.  I further certify that on July 22, 2011, I served Keith S. McGurgan, opposing counsel of record with a copy of this document by way of email at kmcgurgan@portfoliorecovery.com .

                                     By:   /s/ David R. Jackowitz
                                              David R. Jackowitz